**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

CROWN CORK & SEAL COMPANY, INC.   )
and CLARK EQUIPMENT COMPANY,     )
                          )
       Plaintiffs,        )
                          )
       v.              )     1:99CV00869
                          )
CBS CORPORATION, as successor in    )
interest to WESTINGHOUSE ELECTRIC    )
CORPORATION, et al.,           )
                          )
       Defendants.        )

## J U D G M E N T

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that plaintiffs' motion to dismiss defendant William Lawless Mitchum as a defendant from this lawsuit with prejudice, and further, that all cross-claims or third-party claims arising out of plaintiffs' claims for recovery of their RI/FS costs, RD/RA costs, or any other response costs against defendant Mitchum (docket no. 541) is granted, and that the Court, in fact, dismisses any cross-claim or third-party claim by any party against defendant Mitchum with prejudice as a result of its settlement of plaintiffs' claims, and further, that the Court accepts the Uniform Comparative Fault Act proportionate share rule for this case so that plaintiffs' contribution claims against the non-settling defendants will be reduced by the fair share of defendant Mitchum.

This the day of September 30, 2005

                                   /s/ N. Carlton Tilley, Jr.
                                United States District Judge